**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Case No.: 3:10-bk-03487-PMG
Chapter 13

In Re:
Timothy W. Davis and
Joan C. Rebmann-Davis,
     Debtor(s)
_____/

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM #1

On June 4, 2010, the Debtor filed an Objection to Claim #1, filed by FIA Card Services, N.A. as successor in interest to Bank of America, N.A. and MBNA America Bank (hereinafter "Bank of America"). The Court finds that:

1. The Debtor's Objection to Claim #1 was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service;
2. No Party filed an objection within the time permitted; and
3. The Court therefore considers the matter to be unopposed.
4. The Creditor, Bank of America, failed to submit the documentation required to substantiate its claim as required under Federal Rule of Bankruptcy Procedure 3001(c) and (d).

It is ORDERED:

a. The Debtors' Objection to Claim #1 is sustained,
b. Claim #1 is disallowed and shall be valued at $0.00.

Dated: July 7, 2010

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Joshua J. Tejes, Debtors Attorney
Douglas Neway, Trustee
United States Trustee

FIA Card Services
Attn.: Blake Hogan
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713